UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No.: 17-CR-30010-ADB |
| | ) |
| JUSTIN GERMAINE | ) |

**DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM AND REQUEST TO ADOPT MEMORANDUM OF PREVIOUS COUNSEL**

Mr. Germaine comes before the Court prepared to plead guilty to the 19-count indictment charging him with violations of 18 U.S.C. section 2251(a) (Sexual Exploitation of Children); 18 U.S.C. section 2252(a)(2) and (b) (Distribution and Receipt of Child Pornography); and 18 U.S.C. section 2252(a)(4)(B) and (b) (Possession of Child Pornography).

We request that after conducting the Rule 11 Hearing, the Court impose a sentence of 35 years, followed by 20 years of supervised release. This sentence is consistent with the factors set forth in 18 U.S.C. § 3553(a) and will result in a sentence that is sufficient, but not greater than necessary, to effectuate the purposes of sentencing. United States v. Kimbrough, 128 S.Ct. 558 (2007); United States v. Booker, 125 S.Ct. 738 (2005); United States v. Martin, 520 F.3d 87 (1st Cir. 2008); United States v. Rodriguez, 527 F.3d 221 (1st Cir. 2008).

We request that the sentencing memorandum of Attorney Kevin Murphy be adopted by undersigned counsel; Attorney Murphy is aware of this request and assents.

After the filing of that sentencing memorandum the parties have re-negotiated a new plea agreement which jointly requests a sentence of 35 years. This sentence appropriately reflects the magnitude of this case. The facts and circumstances of this case are devastating for Mr. Germaine, for his daughter, for their family and the community at large.

At the time of his arrest, Mr. Germaine was 25 years old. He will be sentenced to more years in prison than he has been alive. While the facts of this case are horrific and shocking, a term of imprisonment of 35 years properly fulfills the goals of sentencing an offense this serious. This case arose out of an investigation in the District of New Hampshire, where another individual was also charged. That defendant was sentenced to a term of imprisonment of 30 years.[1] This sentence for Mr. Germaine is appropriately similar and severe.

For these reasons, as well as the facts and circumstances of Mr. Germaine's background as described in the previous memorandum and the PSR, we ask that the Court adopt the joint recommendation of 35 years of imprisonment, followed by 20 years of supervised release.

JUSTIN GERMAINE
Respectfully submitted,

*/s/ Jessica Thrall*
Jessica Thrall,
 B.B.O.: 670412
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

---

[1] United States v. Liverman; 17-CR-00062 (D-NH).

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 2, 2019.

*/s/ Jessica Thrall*
Jessica Thrall